ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

ELLEN F. BIGHAM

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG Docket No. 80

\*    September Term, 2022

**O R D E R**

Upon consideration of the Joint Petition for Indefinite Suspension by Consent with the Right to Petition for Reinstatement After Two Years, filed by Petitioner, the Attorney Grievance Commission of Maryland and Respondent, Ellen F. Bigham, it is this 17th day of July, 2023, by the Supreme Court of Maryland,

ORDERED that the joint petition is GRANTED; and it is further

ORDERED, that the Respondent, Ellen F. Bigham, is indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement after two years for violations of Rules 1.15, 8.1(a) and (b), 8.4(a), (c) and (d) of the Rules of Professional Conduct; Maryland Rules 19-403 and 19-404; and 8 C.F.R. §1003.102(a)(l), (c), (n), (o), (p), (q)(2)-(3), and (r); and it is further

ORDERED that, the Clerk of this Court shall remove the name of Ellen F. Bigham from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Michele D. Hotten
Justice



Gregory Hilton, Clerk